## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM A. BELOW**                                                                             **PLAINTIFF**

**VS.**                                   **4:15-CV-00661-BRW-BD**

**CAROLYN W. COLVIN,**                                                                       **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

### JUDGMENT

Consistent with the Order entered earlier today, this case is DISMISSED with prejudice. Judgment for the Commissioner is hereby entered.

IT IS SO ORDERED this 16th day of November, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE